Jody I. LeWitter (SBN 124794)
Ashley Pellouchoud (SBN 286049)
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, CA  94612
510-452-5000
510-452-5004 (fax)
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com

Attorneys for Plaintiff
SHUANG ZHANG

Nancy L. Abell (SBN 88785)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:   (213) 683-6000
Facsimile:    (213) 627-0705
nancyabell@paulhastings.com

Attorney for Defendant
WILLIAM PARFET

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUANG ZHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM PARFET, an individual; and DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 5:16-CV-04333-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge:　Hon. Lucy H. Koh<br>Dept:　Courtroom 8, 4th Floor |

//

//

//

1

Case No. 5:16-CV-04333-LHK – STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses, thereby concluding this matter in its entirety.

**IT IS SO STIPULATED**, this 25th day of September, 2017.

DATED:  September 25, 2017              SIEGEL LEWITTER MALKANI

                                        By:  */s/* Jody I. LeWitter
                                             Jody I. LeWitter
                                             Ashley Pellouchoud

                                        Attorneys for Plaintiff

DATED:  September 25, 2017              PAUL HASTINGS LLP

                                        By:  /s/ Nancy L. Abell
                                             Nancy L. Abell

                                        Attorney for Defendant

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 25, 2017               By:  /s/ Nancy L, Abell
                                             Nancy L. Abell

**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE**

UPON THE STIPULATION of the parties pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE, with each party to bear its own costs, attorney fees, and expenses, thereby concluding this matter in its entirety. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED:  September 25, 2017

_Lucy H. Koh_
Honorable Lucy H. Koh